UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Veolia Transportation Services, Inc.
    Plaintiff(s),

Case No. 2:09-cv-14162-PJD-MAR

v.

Judge Patrick J. Duggan

Magistrate Judge Mark A. Randon

Enjoi Transportation, LLC
    Defendant(s).
                               /

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Veolia Transportation Services, Inc.
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒       No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Veolia Environnement, S.A.
   Relationship with Named Party: Parent Company

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☒       No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Veolia Environnement, S.A.
   Nature of Financial Interest: Parent Company

Date: October 22, 2009

/s/ Sean F. Crotty
Signature

P64987
Bar No.

2290 First National Building
Street Address

Detroit, MI 48226
City, State, Zip Code

(313) 465-7000
Telephone Number

scrotty@honigman.com
Primary Email Address