UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-14162

VEOLIA TRANSPORTATION SERVICES, INC.,
            Plaintiff(s),

-v-

ENJOI TRANSPORTATION, LLC
            Defendant(s).

_____/

ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on October 30, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter

jurisdiction and the Plaintiff having  filed an amended complaint, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject

matter jurisdiction  be and the same is hereby SET ASIDE.


s/Patrick J. Duggan_____
Patrick J. Duggan
United States District Judge

Dated:  October 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record
on October 30, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem_____
Case Manager